UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REGENTS OF THE UNIVERSITY OF MINNESOTA, as governing board for the University of Minnesota,

Plaintiff,

v.

DOUGLAS QUADE and JOHN DOES 1-50,

Defendants.

Case No. 0:20-cv-00900 (NEB/TNL)

**CONSENT JUDGMENT**

1.     Douglas Quade ("Defendant"), after being properly served and appearing in this matter, hereby confess judgment in the total amount of FIFTY THOUSAND DOLLARS ($50,000.00) to Plaintiff Regents of the University of Minnesota ("RMN"). Defendants make unqualified appearance to this Court, waive any contest to personal service of the underlying summonses to this action, and waive the right to appeal, including that this Court has personal and subject matter jurisdiction and that venue is proper.

2.     Defendant stipulates and agree that RMN owns or licenses valid and enforceable intellectual property rights to the wheat seed protected by virtue of various certificates of plant variety protection.

3.     It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Defendant and all successors, assigns, officers, agents, employees, representatives, and all other entities or persons in active concert or participation with Defendant are hereby enjoined and permanently restrained

1

pursuant to 7 U.S.C. § 2563, so long as RMN's certificates of protection and/or licenses thereto are valid and enforceable, from selling, offering for sale, marketing, brokering, stocking, exchanging, transferring title or possession, conditioning, or using, without authority from RMN, any of RMN's proprietary wheat as seed for planting purposes except as authorized under the Plant Variety Protection Act, and from instigating, assisting, or inducing any performance of such acts by others.

4. It is further **ORDERED, ADJUDGED**, and **DECREED** that Defendants shall be liable to RMN for damages in the amount of Fifty Thousand Dollars ($50,000.00) for the purpose of rectifying the harm caused to RMN. Each party shall bear its own costs in this action.

5. It is further **ORDERED** that upon entry of this Consent Judgment, Defendants shall inform all their successors, assigns, officers, agents, employees, representatives, and all other entities or persons in active concert or participation with Defendants of the preceding terms and conditions of this Consent Judgment.

6. Plaintiffs voluntarily dismiss without prejudice all claims against the unknown John Doe defendants.

**NOW, THEREFORE, JUDGMENT IS HEREBY ENTERED** against Defendant in the sum certain amount of $50,000.00, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

SIGNED on this 16th day of October 2020.

s/Nancy E. Brasel
UNITED STATES DISTRICT JUDGE

**APPROVED:**

DATE: SEPTEMBER 21, 2020      /s/ Mark Murphey Henry
Timothy Pramas (# 240321)
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
Telephone: (612) 624-4100
Pram0001@umn.edu

Mark Murphey Henry (Ark. # 97170)
HENRY LAW FIRM
P.O. Box 4800
Fayetteville, AR 72702
Telephone: (479) 368-0555
mark@henry.us

*Attorneys for Plaintiff*

Kevin K. Stroup (#170094)
STONEBERG, GILES & STROUP, P.A.
200 South O'Connell Street
Marshall, MN 56258-2638
Telephone: (507) 537-0591
kevin@sgslawyers.com

*Attorney for Defendant*